**People of the State of Illinois, Plaintiff-Appellee, v. Michael Zito, Defendant-Appellant.**

**Gen. No. 53,452. (Abstract of Decision.)**

First District, Third Division.

January 29, 1970.

Gerald W. Getty, Public Defender of Cook County, of Chicago (John E. Hughes, Norman W. Fishman, and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Robert Kelty, Special Assistant State's Attorney, and Elmer C. Kissane, Assistant State's Attorney, of counsel), for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.